Name **Felicia Clark**
Street Address **9511 Gunn RD #1**
City and County **Carmichael,** ~~CC~~
State and Zip Code **CA, 95608**
Telephone Number **4155879 1816**

**FILED**

JUN 06 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

---

**Felicia Clark, Angelica Velasquez, Paulena Westbrook, David Dunson-Velasquez**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**Maria Velasquez, Mark Hamilton, Lashelle Doizer, Diana Pop, Christena gone, Debra Cyrus, see attached**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **2:22-CV-978-KJM JDP PS**

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Felicia Clark
Street Address: 2511 Gunn RD #1
City and County: Carmichael,
State and Zip Code: CA 95608
Telephone Number: 415 879 1816

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Maria Velesquez
Job or Title (if known): Reginal Property Manager
Street Address: 3241 Alta Arden Suite #600
City and County: Sacromento
State and Zip Code: CA, 95825
Telephone Number: 916 449 6326

Defendant No. 2

Name: Mark Hamilton
Job or Title (if known): assitant Director
Street Address: 801 12th st
City and County: Sacromento,
State and Zip Code: CA, 95814
Telephone Number: 916 444-9210

2

Defendant No. 3

    Name: Chcister Haynes Gore
    Job or Title (if known): portfolio manager
    Street Address: 801 12th st
    City and County: Sacromento,
    State and Zip Code: CA, 95814
    Telephone Number: 916·444·9210

Defendant No. 4

    Name: Diana PGP
    Job or Title (if known): assitant to director
    Street Address: 801 12th st
    City and County: Sacramento,
    State and Zip Code: CA, 95814
    Telephone Number: 916·444·9210

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question          ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal enviormental laws was broken, CA housing law was violated, SHRA employees broke state laws and Federal by mis using funds and discriminated against my family.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) Felicia Clark, is a citizen of the State of (name) California.

    b. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) Maria Velasquez, is a citizen of the State of (name) California. Or is a citizen of (foreign nation) _____.

b.  If the defendant is a corporation

The defendant, *(name)* Mark Hamilton, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* SHRA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

This abuse went on for over 2 consecutive years and is still on going. From phisical to finenchal, to mental abuse,

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

All of our property was removed in August of 2021 and was demaged and stolen, this was dun after we had to move due to black mold poison caused by Maria Velasquez neglagence and britch of contract. In May of 2022 our privecy rights was violated and my name slanderd by Christine gore by saying I refused to sign a housing lease and I have a signed copy.

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Our property was stolen and damaged, this mental abuse caused me to lose work, I also paid storage fees I shouldn't have to, I had to get therapy for my children and self, we where temporary homeless and I had money stolen from me & property. Also my children lost property and was phisically abused by black mold

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-6, 20__.

Signature of Plaintiff: /s/ Felicia Clark

Printed Name of Plaintiff: Felicia Clark